UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| ARKANSAS PULPWOOD COMPANY, INC., PLAINTIFF | § § § | CIVIL ACTION NO. 11-1020 |
| VS. | § § § | JUDGE ROBERT T. DAWSON |
| CHEK INVESTMENTS, LLC and RED HOT PLANTATION, LLC, DEFENDANTS | § § § § § | |

## AGREED ORDER OF ARBITRATION
## FOR ARKANSAS PULPWOOD COMPANY, INC. AND RED HOT PLANTATION, LLC

COMES NOW the Plaintiff and Counter-Defendant, Arkansas Pulpwood Company, Inc. ("Arkansas Pulpwood"), and the Defendant and Counter-Plaintiff, Red Hot Plantation, LLC ("Red Hot"), and the Counter-Plaintiff CHEK Investments, LLC ("CHEK), who jointly consent to and move for an order compelling arbitration between the parties. CONSIDERING THE FOREGOING, and further finding that there is no just reason for delay:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Arkansas Pulpwood and Red Hot are ordered to promptly proceed with arbitration as to all issues and grievances between said parties (inclusive of allocation of costs of this proceeding and arbitration), including but not limited to the issues of (i) whether Red Hot is a party to and bound by the TMC and (ii) whether Red Hot is obligated, contractually or otherwise, to pay Arkansas Pulpwood any management fee, finder's fee, termination fee, etc., and as regards all claims and causes of action asserted by Red Hot in its counterclaim filed herein against Arkansas Pulpwood. This arbitration between Arkansas Pulpwood and Red Hot shall be joined and arbitrated with the previously agreed and ordered arbitration between Arkansas Pulpwood and CHEK Investments, LLC as to all asserted claims and causes of action between them. This order is made final and executory for all purposes. Red Hot's consent to this Agreed

- 2 -

Order of Arbitration shall not be deemed an acknowledgement or admission that Red Hot is a party to or bound by the TMC.

  IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that this Court expressly retains jurisdiction to enforce any arbiter's award or decision.

_____
Robert T. Dawson
United States District Court Judge

Date: __2-9-2012__

APPROVED:

**ARKANSAS PULPWOOD COMPANY, INC.,**
PLAINTIFF, COUNTER-DEFENDANT


BY: /s/ Paul E. Lindsey
Paul E. Lindsey, ABN 78095
HARRELL, LINDSEY & CARR, P.A.
P.O. Box K
Camden, AR 71711
Telephone: (870) 836-7725
Facsimile: (870) 836-4643
Email: pel@harlind.com

E. Keith Carter, La. Bar No. 16,847
ROGERS & CARTER, (APLC)
4415 Thornhill
Second Floor, Suite A
Shreveport, Louisiana
Telephone: 318/861-1111
Facsimile: 318/868-2323
Email: ekcarter@rogerscarterlaw.com


**RED HOT PLANTATION, LLC and CHEK INVESTMENTS, LLC**
DEFENDANT, COUNTER-PLAINTIFF and COUNTER-PLAINTIFF

Winford L. Dunn, Jr., Esquire
DUNN, NUTTER & MORGAN, LLP
3601 Richmond Road
Texarkana, TX 75503-0716

By: /s/ Louis M. Phillips
Louis M. Phillips, Esquire

- 3 -

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC
One American Place
31 Main Street, Suite 1600
Baton Rouge, LA 70825

Matthew R. Emmons, Esquire
GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70470-4000

Jd.L.chek.order-agreed-aribtration 2012-final