```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

ARKANSAS PULPWOOD COMPANY, INC.,                           PLAINTIFF

   v.               Case No. 11-1020

CHEK INVESTMENTS, LLC; and
RED HOT PLANTATION, LLC                                    DEFENDANTS

### O R D E R

Before the Court is Plaintiff's Motion for Partial Summary Judgment and supporting briefs (docs. 31-33). As the Plaintiff and Separate Defendant Red Hot Plantation, LLC have reached an agreement to arbitrate, and the Court hereby adopts and enters contemporaneously the parties' Agreed Order of Arbitration for Arkansas Pulpwood Company, Inc. and Red Hot Plantation, LLC, Plaintiff's Motion (doc. 31) is hereby **DENIED AS MOOT**.

IT IS SO ORDERED this 9th day of February, 2012,

                        /s/ Robert T. Dawson
                        Honorable Robert T. Dawson
                        United States District Judge